Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
LAURIE L. WELLINGTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE L. WELLINGTON ) | Case No.: 1:14-CV-01207-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE PLAINTIFF'S OPENING |
| ) | BRIEF; ORDER THEREON |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff Laurie L. Wellington and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time by 35 days from March 19, 2015 to April 23, 2015 for Plaintiff to file a Plaintiff's Opening Brief ,with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. Defendant shall file a response by May 26, 2015.  This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

| | | |
|---|---|---|
| 1 | DATE: March 19, 2015 | Respectfully submitted, |
| 2 | | LAWRENCE D. ROHLFING |

/s/ *Vijay J. Patel*

BY: _____
Vijay J. Patel
Attorney for plaintiff Ms. Laurie L. Wellington

DATE:  March 19, 2015

BENJAMIN WAGNER
United States Attorney

/s/ *Jennifer Tarn*

BY: _____
Jennifer Tarn
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

Of Counsel: Marcelo Illarmo

IT IS SO ORDERED.

DATED:  3/20/2015              /s/ SANDRA M. SNYDER
                               UNITED STATES MAGISTRATE JUDGE